**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-4760**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEDRICK FRANK O'MEARA,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (CR-91-44)

─────────────

Submitted: September 20, 2002      Decided: October 2, 2002

─────────────

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael R. Cline, MICHAEL R. CLINE LAW OFFICE, Charleston, West Virginia, for Appellant. Kasey Warner, United States Attorney, Charles T. Miller, First Assistant United States Attorney, Andrew R. Cogar, Third Year Law Student, Charleston, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kendrick O'Meara appeals the district court's order granting the Government's motion to revoke O'Meara's conditional release and denying O'Meara's motion that he be unconditionally released from both federal and state custody. We have reviewed the record and the district court's opinion, and we find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. O'Meara, No. CR-91-44 (S.D.W. Va. Sept. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2